


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN L. ROBERTS, et al.         :    CIVIL ACTION
                                  :
v.                                :    No.: 08-4507
                                  :
JACK F. MENTZER, et al.           :

### ORDER

AND NOW, this 2nd day of July, 2009, Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Document 11) is GRANTED. Judgment is ENTERED in favor of Defendants Jack R. Mentzer, Joseph M. Ditzler, and Elizabethtown Borough, and against Plaintiffs Steven L. Roberts, Shane Deardorff, Matthew T. Shuey, Michael S. Lyons, Clair Martin, Timothy W. Wheale, and Gordon J. Berlin.

Defendants' Motion for Sanctions against Plaintiff Michael S. Lyons (Document 9) is DENIED.

Defendants' Motion for Leave to File a Reply Brief (Document 17) is GRANTED.

Plaintiffs' Motions for Extensions of Time (Documents 13 and 15) are GRANTED.

The Clerk of Court shall mark the above-captioned case CLOSED.

BY THE COURT:

Juan R. Sánchez, J.